CALIFORNIA CASUALTY INDEMNITY EXCHANGE, a Reciprocal Exchange, and Travelers Insurance Company, a Corporation, Complainants and Libelants, v. UNITED STATES of America and John Doe I, John Doe II, John Doe III, John Doe IV, John Doe V, and John Doe VI, and Union Oil Company, a Corporation, Defendants.

No. 5881.

District Court, S. D. California, Central Division.

Oct. 8, 1947.

412

James M. Carter, U. S. Atty., Robert E. Wright, Asst. U. S. Atty., and Lillick, Geary & McHose, all of Los Angeles, Cal., for respondent United States.

Jennings & Belcher, of Los Angeles, Cal., for respondent Union Oil Co. of California.

HALL, District Judge.

Reference is made to the memo this day filed in D.C., 74 F.Supp. 401, which is controlling herein.

On the basis of the discussions therein set forth the motion to dismiss is granted.